**LAW OFFICE OF**

# HUNTER C. PIEL, LLC

502 Washington Avenue
Suite 730
Towson, Maryland 21204

Email: hpiel@piellawfirm.com
Web: www.piellawfirm.com

Phone: (410) 849-4888
Fax: (410) 849-4889

June 26, 2013

*RECEIVED IN THE OFFICE OF*
*BETH P. GESNER*

*JUN 2 7 2013*

*UNITED STATES MAGISTRATE JUDGE*

**VIA FIRST-CLASS MAIL**

The Honorable Beth P. Gesner
U.S. District Court for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   Order to Record Agreement to Forfeit Property
United State of America v. Michael Felder
U.S. District Court for the District of Maryland Case No.: JFM-04-323
Request for Discharge

Dear Judge Gesner:

This law firm represents Stanley Abrahams and the Estate of Norman D. Abrahams who are the holders of a deed of trust lien in, to, and against, among other things, the piece of commercial real property in Baltimore City, Maryland known as 3200 Reisterstown Road (the "Property"). I write to you in connection with the Property and that certain Agreement to Forfeit Property for Non-Appearance or Non-Compliance With Conditions of Release dated February 7, 2005, and signed by the defendant in the above-referenced case, Michael Felder (the "Agreement"). Your Honor entered an Order to Record the Agreement and the Agreement was subsequently recorded among the Land Records of Baltimore City, Maryland. A copy of the Agreement and Order are enclosed for your convenience.

It is my understanding after looking into this matter and my conversations and correspondence with the U.S. Department of Justice that the Agreement is moot as Mr. Felder already appeared, was sentenced and is currently serving his sentence. Accordingly, on behalf of the Abrahams, who hold a superior lien on the Property, I respectfully request that the Agreement be discharged.

Hon. Beth P. Gesner
June 26, 2013
2 of 2

If Your Honor requires anything else from me, please do not hesitate to contact me. Thank you for your time and attention to this matter.

Very truly yours,

Hunter C. Piel

HCP
Enclosures
cc:    Stanley Abrahams
       (via first-class mail)
       Marilyn Abrahams
       (via electronic mail)