BK 0 6 3 1 7 PG 1 4 9 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA　　＊

vs.　　＊　　Case No. JFM-04-323

MICHAEL FELDER　　＊

*******

## AGREEMENT TO FORFEIT PROPERTY FOR NON-APPEARANCE OR NON-COMPLIANCE WITH CONDITIONS OF RELEASE

I/We, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c)(1)(B)(xi) and Rule 46, Federal Rules of Criminal Procedure, in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property: 3200 Reistertown Rd, Baltimore, MD 21215 And The property and assets of The Wheel Deal at some address And there has been posted with the court the following indicia of my/our ownership of the property: 3200 Reisterstown Rd, Baltimore, MD 21215 and The Wheel Deal

I/We further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below: 3200 Reisterstown Rd, Baltimore, MD 21215 and The Wheel Deal's property and assets  And that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant Michael Felder is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. The defendant also is to comply with all conditions of release imposed by the court pursuant to 18 U.S.C. §3142(c).

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement and any conditions imposed by the court governing his/her release, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on Feb. 07, 2005 at (Baltimore/Greenbelt), Maryland.

Defendant: Michael F. Felder　　Address: 2405.5 Ruscombe Ave, Balto. MD 21215

Owner(s): _____　　Address: _____

Obligor(s): _____　　Address: _____

Signed and acknowledged before me on February 7, 2005

Approved: _____
Judicial Officer　　　　　　Judicial Officer/Clerk

BALTIMORE CITY CIRCUIT COURT (Land Records) (MSR F 165-1546 Ser FEC 31 - 586 P-1 6x 4/25 13 Co/-on) 10311 005

U.S. District Court (4/2000) Criminal Magistrate Judge Forms: Property 401

(margin notations: 3251 - 3200 Reisterstown Rd)

BK 0 6 3 1 7 PG 1 4 9 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. JFM-04-323 |
| MICHAEL FELDER | * | |

******

### ORDER TO RECORD AGREEMENT TO FORFEIT PROPERTY

IT IS ORDERED by the United States District Court for the District of Maryland, this 7th day of February 2005, that the Defendant/Surety/Counsel is hereby directed to record the original of the attached Agreement to Forfeit Property to secure performance of a bail bond in the land records of 3200 Reisterstown Rd., Baltimore, MD 21215 City/County, Maryland on or before the 10TH day of February 2005, and return the receipt for said recordation to the Clerk of the Court within 48 hours.

BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

2/7/05

I hereby attest and certify on [illegible] that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By: _____ Deputy

U.S. District Court (4/2000) Criminal Magistrate Forms: Property 402
BALTIMORE CITY CIRCUIT COURT (LAND RECORDS) [MSA CE 168-15608] BOOK FMC 6317, p. 1497. Printed 04/25/05 Online 4/25/2005.

BK 0 6 3 1 7 PG 1 4 9 8

```
14 01:13         FEB 08, 2005
  BLK # 1379     CX    ORG
  RCN # 61495    BOOK ROOM
 40.00           TOTAL
 20.00           RECORDING FEE
  0.00           TAX ON SURCHARGE
```

436

BALTIMORE CITY CIRCUIT COURT (Land Records) MSA ...