___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

AUG 2 2 2013

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

AUG 2 6 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Honorable Clerk of Courts, with all do respect,

I ask the courts to please review my conviction, and notify me if anything have change in law. I'm convicted of an 841 drug conviction and I'am hoping and praying my sentence can be reduce by the courts

Sincerely

Michael Edward Felder

CASE # WDQ-04-0323
Register # 41698-037

P.S.

I have an elderly mother that is now doing chemo therapy and she need my assistance, I really need to help her, threw these troubling days. My negligence made her life much more difficult than it should be, if there anything the courts can do or direct me in the right direction will be greatly appreciated

Thanks Again

Michael Felder

Michael Felder 41698-037

Name:                     Number:

Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509



RALEIGH NC 275
Research Triangle Region
19 AUG 2013 PM 6 L

Clerk of Courts
101 W. Lombard Street
Baltimore, Md. 21201

2120126 0599